UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80989-CIV-CANNON

**GARFIELD SPENCE**,

    Plaintiff,

v.

**2154 ZIP CODE PROPERTY, LLC**,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 6], filed on August 22, 2022. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or a motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE**, effective August 22, 2022, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 6].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 23rd day of August 2022.

                                                   **AILEEN M. CANNON**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record